**No. 52669.**—Charles Bruning Co., Inc. *v.* United States, protest 913614–G (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that certain items of the merchandise consist of cotton cloth the same as that the subject of *Perseverance Import Corp.* v. *United States* (T. D. 49290), it was held that the merchandise in question is subject to additional duty under paragraph 924 only as to the actual weight of the cotton contained therein, exclusive of the weight of the sizing.

BEFORE THE THIRD DIVISION, NOVEMBER 10, 1948

**No. 52670.**—E. C. Moran *v.* United States, protest 134885–K (Great Falls).

Opinion by Cline, J. When the case was called for trial there was no appearance on the part of the plaintiff and the case was ordered submitted on the official records. The report of the collector states that duty was assessed on the seed content of the merchandise on the basis of *United States* v. *Amendola* (5 Ct. Cust. Appls. 516, T. D. 35156), wherein it was held that the nuts there involved were dutiable under the *eo nomine* provision for nuts in paragraph 283, Tariff Act of 1909, and that the cones were free of duty as crude vegetable substances. The official papers herein indicate that the merchandise consisted of spruce cones with seeds attached. It was held that duty was therefore properly assessed by the collector and the protest was accordingly overruled.

**No. 52671.**—The Dean & Kite Company *v.* United States, protest 49302–K (Cleveland).

Opinion by Ekwall, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on entry 885. The protest was sustained to this extent.